# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 16-cv-2556-WJM-NRN

RAMIN SHAHLAI, on his own behalf and on behalf of all others similarly situated,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,

    Defendant.

## ORDER APPROVING PROPOSED FAIR LABOR STANDARDS ACT NOTICE AND CONSENT TO JOIN FORM

This case is before the Court on the parties' joint proposed Fair Labor Standards Act ("FLSA") Notice and Consent to Join Form. (ECF No. 74 at 1.) On August 15, 2018, the Court conditionally certified an FLSA collective action and directed the parties to submit a proposed opt-in FLSA Notice and Consent to Join Form for the Court's review and approval. (ECF No. 73 at 15.) The parties submitted their proposal on August 31, 2018. (ECF No. 74.)

The Court has reviewed the joint proposed Notice and Consent to Join Form and finds it satisfactory. The Court substantially adopts the parties' form and adds a deadline by which the opt-in Plaintiffs must submit the Consent to Join Form.

The Court thus ORDERS as follows:

1. The form of notice submitted at ECF No. 74-1 is APPROVED as revised. The final, Court-approved version of the Notice and Consent to Join Form is docketed as an attachment to this order. The Court-approved version reflects that

potential collective action participants shall have until **January 15, 2019** to return the Consent to Join Form.

2. No later than **October 31, 2018**, Defendant SHALL PROVIDE Plaintiff's counsel with a list of all potential collective action members, which shall include each individual's name, position, dates of employment, last known mailing address, last known e-mail address, and last known telephone number.

3. No later than **November 16, 2018**, Plaintiff SHALL MAIL the Notice and Consent to Join form to all potential collective action members via first-class U.S. Mail. Further, Plaintiff SHALL FILE a Notice of Completion of Mailing within seven days of completing the mailing and no later than **November 23, 2018**.

Dated this 17th day of October, 2018.

BY THE COURT:

William J. Martínez
United States District Judge